UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| FLORA BLACK,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. C11-1297-JCC-MAT<br><br>[~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT |

　　Based on Defendant's Motion, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

　　Defendant shall have up to and including December 7, 2011, to file a response to Plaintiff's Complaint.

　　DATED this <u>8th</u> day of November, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　　ORDER - [C11-1297-JCC-MAT]

Presented by:

s/ Kathy Reif
KATHY REIF
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3851
Fax:  (206) 615-2531
kathy.reif@ssa.gov