UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| FLORA BLACK, | Civil No. C11-1297-JCC-MAT |
|---|---|
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

Defendant shall have up to and including December 7, 2011, to file a response to Plaintiff's Complaint.

DATED this 8th day of November, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1     ORDER - [C11-1297-JCC-MAT]

Presented by:

s/ Kathy Reif
KATHY REIF
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3851
Fax: (206) 615-2531
kathy.reif@ssa.gov