UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FLORA BLACK, | ) |
| | ) CASE NO. C11-1297-JCC-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| MICHAEL ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff brought this action to seek judicial review of the denial of her application for Supplemental Security Income by the Commissioner of the Social Security Administration. The parties have now stipulated that this case should be reversed and remanded pursuant to sentence six of 42 U.S.C. § 405(g). (Dkts. 17 & 18.)

Based on the stipulation of the parties, the Court recommends that this case be REMANDED pursuant to sentence six of 42 U.S.C. § 405(g). The Court will retain jurisdiction of this case. The Appeals Counsel will continue to search for the missing recording of plaintiff's hearing before the Administrative Law Judge. In the event the tape cannot be located within a reasonable period of time, the Appeals Council will remand

REPORT AND RECOMMENDATION
PAGE -1

plaintiff's case for a *de novo* hearing. Plaintiff may seek judicial review of any *de novo* hearing by simply reinstating this case rather than filing a new Complaint.

Given the above, the Court recommends that United States District Judge John C. Coughenour immediately approve this Report and Recommendation and order the case REMANDED for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this <u>9th</u> day of December, 2011.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge