UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FLORA BLACK, | CASE NO. C11-1297-JCC |
| Plaintiff, | ORDER |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler (Dkt. No. 19). Having considered the submissions and record, the Court hereby:

(1) ADOPTS the Report and Recommendation (Dkt. No. 19);

(2) REMANDS this matter for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g); and

(3) DIRECTS the Clerk of Court to send copies of this Order to all counsel and to Judge Theiler.

DATED this 12th day of December 2011.

John C. Coughenour
UNITED STATES DISTRICT JUDGE