IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| FLORA BLACK, | Civil No. 2:11-cv-01297-JNW |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the Commissioner's motion to reopen this case and set a briefing schedule, the Court DIRECTS the Clerk of Court to reopen this case and hereby ORDERS that:

- The Certified Administrative Record ("CAR") is due within 30 days of the entry of this Order;

- Within 30 days of the date the CAR is filed, Plaintiff will either file an Opening Brief or state that she no longer intends to proceed with this action;

- If Plaintiff files an Opening Brief, Defendant will file a Responsive Brief within 30 days of the date the Opening Brief is filed; and

- Plaintiff's Optional Reply Brief is due within 14 days of the date the response is filed.

DATED this __14th__ day of __July__ 2025.

THE HON. JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Page 1    ORDER
         DKT. NO. 2:11-cv-01297-JNW

1  Presented by:

2  s/ *Christopher Vieira*
3  CHRISTOPHER VIEIRA
   Special Assistant United States Attorney
4  Office of Program Litigation, Office 7
   Office of the General Counsel
5  Social Security Administration
   6401 Security Boulevard
6  Baltimore, MD 21235
   Tel: 510-970-4808
7  Email: christopher.vieira@ssa.gov

8

9

10

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Page 2    ORDER
         DKT. NO. 2:11-cv-01297-JNW