UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FLORA B., | CASE NO. 2:11-cv-01297-JNW |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The Court raises this matter of its own accord. On July 14, 2025, the Court issued an order directing Plaintiff Flora B. to file an opening brief within thirty days of the submission of the Certified Administrative Record. Dkt. No. 24. The Certified Administrative Record was submitted on July 29, 2025. Dkt. No. 25. Yet no opening brief has been filed.

Accordingly, the Court ORDERS Plaintiff to SHOW CAUSE within FOURTEEN (14) days of this order why this case should not be dismissed for failure to comply with the Court's scheduling order. If Plaintiff does not demonstrate good cause for this failure, or fails to timely respond, the Court will dismiss this action

ORDER TO SHOW CAUSE - 1

without prejudice. The Clerk is directed to calendar this deadline on the Court's docket.

Dated this 27th day of February, 2026.

Jamal N. Whitehead
United States District Judge

ORDER TO SHOW CAUSE - 2