UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FLORA BLACK,

              Plaintiff,

    v.

COMMISSIONER OF SOCIAL
SECURITY,

              Defendant.

CASE NO. 2:11-cv-01297-JNW

ORDER DISMISSING CASE
WITHOUT PREJUDICE

On February 27, 2026, the Court ordered Plaintiff Flora Black to show cause why this action should not be dismissed for failure to prosecute. The Court cautioned that failure to respond would result in this case being dismissed without prejudice. Plaintiff did not respond by the Court's March 13, 2026, deadline. *See* Dkt. No. 27. Accordingly, the Court DISMISSES the action without prejudice under Federal Rule of Civil Procedure 41(b) and Local Civil Rule 41(b) for failure to prosecute and to comply with a court order.

Dated this 19th day of March, 2026.

Jamal N. Whitehead
United States District Judge

ORDER DISMISSING CASE WITHOUT PREJUDICE - 1